UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) 7:23-CV-1205-BO-RJ |
| Defendant. | ) ) ) ) |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies.

This case is closed.

**This judgment filed and entered on November 16, 2023, and served on:**
Reita Nicholas (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

November 16, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk